[ ] AMENDED

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

In re:    (1)    **STEVEN PILATE**    Case No. 25-22176

      (2)

Debtor(s).    Chapter 13

## CHAPTER 13 PLAN

**ADDRESS:**    (1)    1243 J.E. BLAYDES PARKWWAY
                        ATOKA, TN 38004

**PLAN PAYMENT:**

    DEBTOR (1) shall pay **$200.00 SEMI-MONTHLY**

        ( ) PAYROLL DEDUCTION from:    **OR (X) DIRECT PAY**

    DEBTOR (2) shall pay $

        ( ) PAYROLL DEDUCTION from:    **OR ( ) DIRECT PAY**

1. **THIS PLAN [Rule 3015.1 Notice]:**

    (A)    CONTAINS A NON-STANDARD PROVISION. [See Plan Provision #19]    ( ) YES (X) NO

    (B)    LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF    (X) YES ( ) NO
          THE COLLATERAL FOR THE CLAIM. [See Plan Provision #7 and #8]

    (C)    AVOIDS A SECURITY INTEREST OR LIEN. [See Plan Provision #12]    ( ) YES (X) NO

2. **ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' Attorney Fee pursuant to Confirmation Order.

3. **AUTO INSURANCE:** ( ) Included in Plan; **OR** (X) Not included in Plan; Debtor(s) to provide proof of insurance
           at Section 341 Meeting of Creditors.

4. **DOMESTIC SUPPORT:** Paid by: ( ) Debtor(s) directly, ( ) Wage Assignment, **OR** ( ) Trustee to:    **Monthly Plan Payment**

    NONE    Ongoing Payment Begins:    $
           Approximate Arrearage:    $

5. **PRIORITY CLAIMS:**

    NONE

6. **HOME MORTGAGE CLAIMS:** ( ) Paid Directly by Debtor(s); **OR** ( ) Paid by Trustee to:

    REGIONS BANK    ONGOING TO BE PAID DIRECTLY TO REGIONS BANK    $0.00
    (1243 JE Blaydes Pkwy))    **BEGINNING WITH THE MAY, 2025 PAYMENT; <u>CURRENT</u>**

7. **SECURED CLAIMS:**

    [Retain Lien 11 U.S.C. Sec. 1325 (a)(5)]    Value of Collateral:    Rate of Interest:    **Monthly Plan Payment**

    NONE

8. **SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

   [Retain Lien 11 U.S.C. Sec. 1325(a)]   Value of Collateral          Rate of Interest:                    **Monthly Plan Payment**

   NONE

9. **SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

   NONE                              Collateral:
                                     Collateral:

10. **SPECIAL CLASS UNSECURED CLAIMS:**
                                     Amount:                 Rate of Interest:                    **Monthly Plan Payment**

    NONE

11. **STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS**

    NONE                             ( ) Not provided for   OR   ( ) General unsecured creditor
                                     ( ) Not provided for   OR   ( ) General unsecured creditor

12. **THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C. Sec. 522(f):**

13. **ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

14. **ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $35,000**

15. **THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

    ( ) 10%, **OR**

    (X) THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

16. **THIS PLAN ASSUMES OR REJECTS THE FOLLOWING EXECUTORY CONTRACTS:**

    NONE                             ( ) Assumes   **OR**   ( ) Rejects.
                                     ( ) Assumes   **OR**   ( ) Rejects.

17. **COMPLETION:** Plan shall be completed upon payment of the above in approximately **60** months.

18. **FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED AN ACCEPTANCE OF THE PLAN**

19. **NON-STANDARD PROVISION(S):**

    NONE

    **ANY NON-STANDARD PROVISIONS STATED ELSEWHERE ARE VOID.**

20. **CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

    /s/ Brad George (TN #17994)                                        **DATE:** April 29, 2025
    Counsel for Debtor(s)
    2400 Poplar Avenue #460
    Memphis, TN 38112
    (901) 323-1311